No. 91–241. DiIORIO v. GIBSON & CUSHMAN DREDGING CORP. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 91–242. TUNICA-BILOXI TRIBE v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 91–243. ENRIGHT, AN INFANT, BY ENRIGHT, HER MOTHER AND NATURAL GUARDIAN v. ELI LILLY & CO. ET AL. Ct. App. N. Y. Certiorari denied.

No. 91–247. LOCAL UNION 375, PLUMBERS INTERNATIONAL UNION OF AMERICA, AFL–CIO, ET AL. v. MARTIN, SECRETARY OF LABOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–249. CLAPP v. GREENE ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–252. LONGO v. GLIME, DBA PERRI AUTO SALES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–253. YIP v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–254. ATRAQCHI ET VIR v. UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–258. BORG, WARDEN v. ROBINSON. C. A. 9th Cir. Certiorari denied.

No. 91–262. GUIBERSON OIL TOOLS DIVISION OF DRESSER INDUSTRIES, INC. v. RHODES. C. A. 5th Cir. Certiorari denied.

No. 91–267. REED v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–268. DAY v. TEXTRON CORP. Ct. App. Ark. Certiorari denied.

No. 91–275. HUNTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.